# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00439-CR

**Carlos Flores Hiracheta, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF CALDWELL COUNTY, 274TH JUDICIAL DISTRICT NO. 2000-006, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING

**PER CURIAM**

This is an appeal from a judgment of conviction for intoxication manslaughter and aggravated assault. Sentence was imposed on May 2, 2001. The deadline for filing a motion for new trial was therefore June 1, 2001. Tex. R. App. P. 21.4(a). The motion for new trial was filed June 4, 2001. Because the motion for new trial was not timely, the notice of appeal filed July 26, 2001, also was not timely. Tex. R. App. P. 26.2(a). Under the circumstances, we lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App.1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeal is dismissed.

Before Chief Justice Aboussie, Justices B. A. Smith and Puryear

Dismissed for Want of Jurisdiction

Filed:   September 13, 2001

Do Not Publish